**Order entered May 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00130-CV

**TEMPAY, INC., Appellant**

**V.**

**TANINTCO, INC., Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-01537-2013**

## ORDER

We **GRANT** appellant's April 28, 2015 unopposed motion for an extension of time to file a reply brief.  Appellant shall file a reply brief by **MAY 27, 2015**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE